IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RANDY ROGMAN, | ) | 4:14CV3101 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| CAROLYN W. COLVIN, | ) | |
| | ) | |
| Defendant. | ) | |

This is a social security appeal. Pending before me is Plaintiff's unopposed Motion for Enlargement of Time to file a Brief. (Filing 17.) I will grant the Motion and adjust this case's progression deadlines. Accordingly,

IT IS ORDERED that:

1.     Plaintiff's unopposed Motion for Enlargement of Time (filing 17) is granted.

2.     Plaintiff shall file a brief by April 17, 2015;

3.     Defendant shall file a brief by May 18, 2015;

4.     Plaintiff may file a reply brief by June 2, 2015; and

5.     This case shall be ripe for decision on June 3, 2015.

DATED this 6th day of April, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

2